SOUTHWESTERN ENGINEERING CO. v. ÆTNA LIFE INS. CO. et al. (Circuit Court of Appeals, Eighth Circuit. June 30, 1913.) No. 3877. Ap- peal from the District Court of the United States, for the Eastern District of Oklahoma. Roach & Bradley, of Muskogee, Okl., for appellant. Martin,

Bush & Murry, of Tulsa, Okl., A. J. McCarthy, of Oklahoma City, Okl., and Charles A. Loomis, of Kansas City, Mo., for appellees.

PER CURIAM. Dismissed, with costs, for want of jurisdiction, pursuant. to stipulation of parties, on opinion in B–R Electric & Telephone Manufacturing Co. et al. v. Ætna Life Insurance Company et al., 206 Fed. 885, 124 C. C. A. 545.